HARRY E. ALLEN *vs.* MARCUS SALMANSOHN & another.

Suffolk.    January 28, 1926. — January 28, 1926.

Present: RUGG, C.J., PIERCE, CARROLL, WAIT, & SANDERSON, JJ.

*Snow and Ice.   Nuisance.*

In an action for personal injuries caused by slipping on ice on a public sidewalk adjoining a building owned and controlled by the defendant, a verdict for the plaintiff is warranted if there is testimony by the plaintiff that he fell on ice on a sidewalk where there "was water dripping from the roof — the house.   It dropped on to the point practically where he fell. . . .    It dripped from the eaves of the house."

TORT for personal injuries received by the plaintiff when he fell on a sidewalk adjacent to premises of the defendant, numbered 60 Highland Street in that part of Boston called Roxbury, by reason of ice accumulated there through negligence of the defendants.   Writ dated April 17, 1923.

In the Superior Court, the action was tried before *Greenhalge,* J.   Material evidence is described in the opinion.   At the close of the evidence, a motion by the defendants for a verdict in their favor was denied.   There was a verdict for the plaintiff in the sum of $500.   The defendants alleged exceptions.

*B. F. Pollack,* for the defendants.

*E. H. Savary,* for the plaintiff, was not called on.

BY THE COURT.   The plaintiff testified that he fell on ice on a sidewalk where there "was water dripping from the roof — the house.   It dropped on to the point practically where he fell. . . . It dripped from the eaves of the house." Manifestly upon this testimony the defendant as owner of the house might be found liable.   The case is covered completely by *Field* v. *Gowdy,* 199 Mass. 568, *Drake* v. *Taylor,* 203 Mass. 528, *Cochran* v. *Barton,* 233 Mass. 147.

*Exceptions overruled.*